| | | | |
|---|---|---|---|
| Com. v. Laboy | 2539 EDA 2015 Vacated and Remanded | 10/11/2016 | CP–51–CR–0002795–2015 (Philadelphia) |
| Com. v. Ogden | 3148 EDA 2015 Affirmed | 10/11/2016 | CP–64–CR–0000319–2014 (Wayne) |
| Com. v. Jimenez | 3328 EDA 2015 Affirmed | 10/11/2016 | CP–45–CR–0002738–2012 (Monroe) |
| Com. v. Abbruzzese | 3566 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 10/11/2016 | CP–51–CR–0001377–2014 (Philadelphia) |
| Com. v. Chavous | 3672 EDA 2015 Affirmed | 10/11/2016 | CP–23–CR–0003651–2002 (Delaware) |
| Com. v. Gonzalez | 211 EDA 2016 Affirmed | 10/11/2016 | CP–39–CR–0001435–2014 (Lehigh) |
| In Matter of L.E. | 315 EDA 2016 Affirmed | 10/11/2016 | CP–51–DP–0003116–2015 (Philadelphia) |
| Com. v. Kwaha | 502 EDA 2016 Affirmed | 10/11/2016 | CP–23–CR–0008118–2007 (Delaware) |
| Com. v. Webb [10] | 540 EDA 2016 Affirmed | 10/11/2016 | CP–15–CR–0004215–2012 (Chester) |
| Com. v. Scheffler | 833 EDA 2016 Affirmed | 10/11/2016 | CP–48–CR–0002507–2015 (Northampton) |
| Com. v. Cochran | 926 EDA 2016 Affirmed | 10/11/2016 | CP–51–CR–0407551–2006 (Philadelphia) |
| Com. v. Johnson | 1102 EDA 2016 Affirmed | 10/11/2016 | CP–46–CR–0009065–2006 (Montgomery) |
| Com. v. Ryals | 1321 EDA 2016 Affirmed | 10/11/2016 | CP–46–CR–0001198–2009 (Montgomery) |
| M.R. v. R.C.A. | 1420 EDA 2016 Quashed | 10/11/2016 | No. 1103 DR 2015 (Monroe) |
| Flagstar Bank, FSB v. Wampole | 1542 MDA 2015 Affirmed | 10/11/2016 | 10–11460 (Berks) |
| Com. v. Griggs | 61 MDA 2016 Affirmed | 10/11/2016 | CP–22–CR–0004991–2008 (Dauphin) |

10. Petition for reargument denied December 19, 2016.